IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>STEVEN AMUNDSON; GUILD MORTGAGE COMPANY, LLC,<br><br>                Defendants. | Civ. No. 6:23-cv-01431-AA<br><br>**OPINION & ORDER** |

AIKEN, District Judge.

On unopposed motion by the parties, ECF No. 17, and in accordance with the accompanying Order of the Court to Deposit Funds, the Court under 28 U.S.C.A. § 2361 hereby **FINDS, ORDERS AND DECREES:**

    1.    This Court has jurisdiction of this cause pursuant to 28 U.S.C.A. § 1335, personal jurisdiction over the parties, and venue is proper in this judicial district pursuant to 28 U.S.C.A. § 1397 because one or more of the claimants reside herein.

    2.    Plaintiff Liberty Insurance Corporation has been ordered to deposit into this Court, pursuant to its Complaint in Interpleader, the total sum of $302,369.73, plus interest, representing the proceeds of homeowners policy no. H37-261-516484-

75 0 6, issued to Steven Amundson on or about March 30, 2020, insuring the property located at 25537 Taylor Park Rd SE, Lyons, Linn County, Oregon,

      3.      The Defendant(s) claim some right, interest or title to said policies of life insurance, and/or proceeds.

      4.      The Court ORDERS Plaintiff Liberty Insurance Corporation to notify the Court when the funds have been deposited with the Clerk of Court. Upon such notice, a Judgment of Dismissal shall be entered dismissing with prejudice Plaintiff from this action and further liability on the policies of insurance referenced above.

**IT IS SO ORDERED.**

It is so ORDERED and DATED this 23rd day of May 2024.

          /s/Ann Aiken

          ANN AIKEN
          United States District Judge