IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN AMUNDSON; GUILD MORTGAGE COMPANY LLC,<br><br>　　　　　Defendants. | Civ. No. 6:23-cv-01431-AA<br><br>**OPINION & ORDER** |

AIKEN, District Judge.

Before the Court is Plaintiff's Motion for Judgment on the Pleadings, ECF No. 28. For the reasons explained below, the Court GRANTS the motion.

Plaintiff is an insurance company who insured the home of Defendant Steven Amundson which was lost in a wildfire. Compl. ¶ 14. The home was subject to a mortgage loan with Defendant Guild Mortgage Company, LLC. *Id.* ¶¶ 8-10. Plaintiff determined that under its insurance policy, Defendants Amundson and Guild Mortgage were entitled to payment for the loss. *Id.* ¶¶ 17-18. In October 2020,

Plaintiff issued a check in the amount of $262,930.20 and a check in the amount of $39,439.53 payable to Defendant Amundson and Defendant Guild Mortgage. *Id*.

The two checks were never cashed, and Plaintiff issued a stop payment on the checks. *Id*. Plaintiff learned that Defendant Amundson defaulted on the mortgage. *Id*. ¶ 20. Through its Complaint in Interpleader, Plaintiff sought to have the Court hold the funds while Defendants determined among themselves who was entitled to the check, as it could not determine the proper beneficiary of the Policy Benefit. *Id*. ¶ 26.

The parties jointly moved for the Court to enter an order for Plaintiff to deposit the funds with the Court. ECF No. 17. Accordingly, the Court ordered Plaintiff to deposit into the Court, pursuant to its Complaint in Interpleader, the total sum of $302,369.73, plus interest, representing the proceeds of homeowners policy no. H37-261-516484-75 0 6, issued to Steven Amundson on or about March 30, 2020, insuring the property located at 25537 Taylor Park Rd SE, Lyons, Linn County, Oregon. ECF No. 19. Further, the Court ordered Plaintiff to notify the Court when the funds have been deposited with the Clerk of Court. *Id*. The Court stated that, upon such notice, a Judgment of Dismissal would be entered dismissing with prejudice Plaintiff from this action and further liability on the policies of insurance referenced above.

Defendants settled among themselves who is entitled to the policy benefit and the Court granted Guild Mortgage's motion for disbursement of funds. ECF Nos. 25, 26. Plaintiff moves for entry of judgment. ECF No. 28. The Court finds that entry of

judgment is proper under the above terms, dismissing Plaintiff with prejudice. Fed. R. Civ. P. 41(a)(2).

ORDER: Plaintiff's Corrected Motion for Judgment, ECF No. 28, is GRANTED. Plaintiff's earlier Motion for Judgment is DENIED as moot, ECF No. 27. Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

DATED this 19th day of August 2025.

/s/Ann Aiken

ANN AIKEN
United States Senior District Judge

Page 3 – OPINION AND ORDER